THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alvin Johnson,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, III, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-746
Submitted October 15, 2003  Filed December 
 17, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Alvin Johnson appeals from 
 the revocation of his probation. Counsel for Johnson attached to the final brief 
 a petition to be relieved as counsel.  Johnson filed a separate pro se 
 brief.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Johnsons 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 STILWELL, BEATTY, and CURETON, JJ., 
 concur.